```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 36906
   DEONDRE WHITE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-1650


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/05/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED           9700.00        814.07        9700.00
FIFTH THIRD MORTGAGE CO   CURRENT MORTG    53722.16           .00       53722.16
FIFTH THIRD MORTGAGE CO   MORTGAGE ARRE    13882.35           .00       13882.35
FINANCIAL CREDIT CORP     UNSECURED         1860.30           .00        1860.30
FINANCIAL CREDIT CORP     NOTICE ONLY     NOT FILED           .00            .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00            .00
FIRST NATL BANK OF BROOK  UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         2319.35           .00        2319.35
PEOPLES GAS LIGHT & COKE  UNSECURED             .00           .00            .00
SEARS                     UNSECURED       NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED          896.49           .00         896.49
B-LINE LLC                UNSECURED         1613.94           .00        1613.94
PETER FRANCIS GERACI      DEBTOR ATTY       2,694.00                    2,694.00
TOM VAUGHN                TRUSTEE                                       5,120.42
DEBTOR REFUND             REFUND                                          864.60

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              93,487.68

PRIORITY                                            .00
SECURED                                       77,304.51
     INTEREST                                    814.07
UNSECURED                                      6,690.08
ADMINISTRATIVE                                 2,694.00
TRUSTEE COMPENSATION                           5,120.42
DEBTOR REFUND                                    864.60
                    ---------------        ---------------
TOTALS               93,487.68                93,487.68

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36906 DEONDRE WHITE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE